# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Heidi Mae Gadsby**
    Plaintiff(s)
vs.                                             **CASE NUMBER: 5:20-cv-145 (TJM)**

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's motion for judgment on the pleadings is **GRANTED in part** and **DENIED** in part. The motion is denied with respect to Plaintiff's request that the case be remanded to the Commissioner for the sole purpose of calculating benefits and granted with respect to Plaintiff's appeal of the Commissioner's decision denying her benefits. The Clerk of Court is directed to **REMAND** the matter to the Commissioner of Social Security for proceedings consistent with this opinion. The Commissioner's motion for judgment on the pleadings is **DENIED.**

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 24th day of February, 2021.

DATED: February 24, 2021

                                                            *[signature]*
                                                            Clerk of Court

                                                            s/Kathy Rogers
                                                            Deputy Clerk