**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**HEIDI MAE GADSBY,**

                       **Plaintiff,**

    vs.                                                5:20-CV-145 (TJM)

**COMMISSIONER OF SOCIAL SECURITY,**

                       **Defendant.**
_____

Thomas J. McAvoy,
Sr. U.S. District Judge

### ORDER

Before the Court is Plaintiff's motion for attorneys fees pursuant to the Equal Justice Act ("EAJA"), 28 U.S.C. § 2412.  Defendant does not oppose the motion.  Having examined the filings in the matter, the Court determines that an award of attorneys fees is appropriate in this case and that Plaintiff has justified the amount sought.  Accordingly, Plaintiff's motion for attorneys fees, dkt. # 18, is hereby GRANTED, and Plaintiff is awarded fees in the amount of $5,868.50.  Pursuant to the Plaintiff's affirmation and waiver of direct payment of EAJA fees, fees shall be made payable to attorney Howard D. Olinsky.

**IT IS SO ORDERED**

Dated: September 9, 2021

                                                       Thomas J. McAvoy
                                                       Senior, U.S. District Judge