# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Heidi Mae Gadsby**
    Plaintiff(s)
vs.                                         **CASE NUMBER: 5:20-cv-145 (TJM)**

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's motion for attorneys fees, dkt. # 18, is hereby GRANTED, and Plaintiff is awarded fees in the amount of $5,868.50. Pursuant to the Plaintiff's affirmation and waiver of direct payment of EAJA fees, fees shall be made payable to attorney Howard D. Olinsky.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 9th day of September, 2021.

DATED: September 9, 2021

_____
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk